**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE   DIVISION**

IN RE: AVRAHAM K SCHWARCZ,                    *        CASE NO.   10‑10675-B--11
      ANA M SCHWARCZ
      Debtors
                                             *        CHAPTER 11 PROCEEDING

**DEBTORS' EXPEDITED MOTION**
**TO SET BAR DATE FOR FILING CLAIMS**

---

**RULE 9013 NOTICE**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE ANS SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD BOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT TROUGH THEIR ATTORNEYS.

---

TO THE HONORABLE RICHARD S. SCHMIDT, UNITED STATES BANKRUPTCY JUDGE:

    NOW COMES, Avraham & Ana Schwarcz, debtor-in-possession ("debtor") and files this Expedited Motion to Set Bar Date for Filing Claims pursuant to Bankruptcy Rule 3003(c)(3) to establish a claims bar date, and in support thereof, would show this Court the following:

    1.  On October 1, 2010 (the "Petition Date"), debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code with the Clerk of this Court.  The debtors have

continued to operate their businesses and manage their assets as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. No Trustee or examiner has been appointed in the debtors' chapter 11 case, nor has any creditors' or other official committee been appointed herein pursuant to section 1102 of the Bankruptcy Code.

3. This Court has jurisdiction with respect to this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of the debtors' chapter 11 case and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The predicate for this Motion is Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure.

4. In order to efficiently proceed with the administration of this case it is necessary to have an Order entered providing for the filing of all proofs of claim on or before a date certain.

5. In particular, the debtors' Plan of Reorganization is currently being prepared and will be filed very soon and the debtor intends to prosecute this case as expeditious as possible. Debtor needs information concerning all the claims that must be considered prior to confirmation.

6. Debtor requests that the Court enter an Order providing that all claims against the estate which are required to be filed pursuant to Bankruptcy Rule 3003(c)(2) by parties who are timely notified in writing by the Debtor of the proposed Bar Date be barred if their claim is not filed on or before **February 14, 2011** a date which is some 90 days after the date first set for meeting of creditors, and which will be in excess of the 20 days notice of the Bar Date required by Rule 2002(a)(7).

7. The debtor requests that the Court approve the form of the Notice of Claims Bar Date and Order Related Thereto attached hereto as Exhibit "A" for mailing to the creditors and parties in interest in this estate. The Notice will require that all parties having claims against property of the estate must file a timely proof of claim. Such claims will have significant impact on the overall administration of this case.

WHEREFORE, debtor prays that this Court enter an order setting a deadline for filing proofs of claims, approving the attached form of notice of same, and for such other and further relief to which debtor may be justly entitled both at law and equity.

           Respectfully Submitted,
           Malaise Law Firm

    by:  /s/ Eduardo V. Rodriguez
           Eduardo V. Rodriguez
           State Bar No. 00795621
           Admissions. No. 19945
           1265 N. Expressway 83
           Brownsville, Texas 78521
           Tel. 956-547-9638
           Fax. 956-547-9630
           email (evr@malaiselawfirm.com)
           Counsel for Debtor

## CERTIFICATE OF SERVICE

  I certify a true and correct copy of the foregoing *Motion* has been served upon the Debtor, the Trustee, the U.S. Trustee, all known creditors and all parties requesting notice by First Class U.S. Mail, postage prepaid and properly addressed, all as shown on the attached service list, unless otherwise requested by electronic filing, on November __5th____, 2010.

United States Trustee
Barbara Jue
Wilson Plaza, Ste. 1107
606 N. Carancahua
Corpus Christi, Texas 78476

Avraham & Ana Schwarcz
1474 W. Price Road # 604
Brownsville, Texas 78520


and upon all creditors shown on attached matrix.

           /s/ Eduardo V. Rodriguez
           Eduardo V. Rodriguez

EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE:   DR. JEFFERY REESE | § | CASE NO. 10-10675 -B-11 |
| Debtor | § | |
| | § | CHAPTER 11 PROCEEDING |

**NOTICE OF CLAIMS BAR DATE AND ORDER RELATING THERETO**

TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that the United States Bankruptcy Court has entered an Order dated _____, 2010 providing as follows:

**CLAIMS BAR DATE**: Any person served with this Notice who alleges to have a claim against the Debtor's estate shall file a written Proof of Claim on or before **FEBRUARY 14**, **2011**, or such claim NOT timely filed shall be disallowed for all purposes, including voting and distribution on the Debtor's Plan of Reorganization; provided, however, that any creditor scheduled for the proper amount of its claim where such claim is listed by the Debtor on its schedules as not contingent, undisputed, and liquidated, or, any such creditor having previously filed a Proof of Claim, need not re-file such Proof of Claim or file a claim, as the case may be.

**PROOFS OF CLAIMS MUST BE FILED WITH THE CLERK OF THE COURT AND A COPY MAILED TO THE DEBTOR'S COUNSEL AT THE FOLLOWING ADDRESS**:

TO THE COURT:        United States Bankruptcy Court
                     Southern District of Texas, Brownsville Division
                     1133 N. Shoreline Blvd.
                     Corpus Christi, Texas 78401

TO THE DEBTOR:       Avraham & Ana Schwarcz
                     1474 W. Price Road # 604
                     Brownsville, Texas 78520

    TO DEBTOR'S ATTORNEY:    Eduardo V. Rodriguez
    MALAISE LAW FIRM
    1265 North Expressway 83
    Brownsville, TX   78520

Dated: _____

    Respectfully Submitted,
    Malaise Law Firm

    by:    /s/ Eduardo V. Rodriguez
    Eduardo V. Rodriguez
    State Bar No. 00795621
    Admissions. No. 19945
    1265 N. Expressway 83
    Brownsville, Texas 78521
    Tel. 956-547-9638
    Fax. 956-547-9630
    email (eduardor@malaiselawfirm.com)
    Counsel for Debtors

Case 10-10675 Document 28 Filed in TXSB on 11/05/10 Page 6 of 8

Debtor(s): Avraham K Schwarcz  
Ana M Schwarcz  
Case No: 10-10675-B-11  
Chapter: 11  
SOUTHERN DISTRICT OF TEXAS  
BROWNSVILLE DIVISION

Abelardo Limon  
LIMON LAW OFFICE  
890 West Price Road  
Brownsville, TX 78520

Avraham M. Mouzouz

Citi Cards  
P.O. Box 6077  
Sioux Falls, SD 57117-6077

Acura Finance Services  
P.O. Box 7829  
Philadelphia, PA 19101

Bank Of America  
De5-019-03-07  
Newark, DE 19714  
Bad Address

CitiBusiness Card  
P.O. Box 183051  
Columbus, OH 43218-3051

Advanta Bank Corp  
P.O. Box 8088  
Philadelphia, PA 1910-8088

Capital 1 Bank  
Attn: C/O TSYS Debt Management  
PO Box 5155  
Norcross, GA 30091

City of New Jersey  
Tax Collector's Office  
Room #101 City Hall  
280 Grove St.  
Jersey City, NJ 07302

Alberto and Irma Medrano  
9927 Sageroyal  
Houston, TX 77089

Cardmember Service  
P.O. Box 94014  
Palatine, IL 60094-4014

Client Services, Inc.  
3451 Harry Truman Blvd.  
St. Charles, MO 63301-4047

Alliant Law Group, P.C.  
2841 Junction Avenue, Suite 128  
San Jose, CA 95134

Cardmember Service  
P.O. Box 15548  
Wilmington, DE 19886-5548

Continental Airlines  
Cardmember Service  
P.O. Box 94014  
Palatine, IL 60094-4014

American Express  
Platinum Delta SkyMiles  
P.O. Box 650448  
Dallas, TX 75265-0448

Chase  
Po Box 15298  
Wilmington, DE 19850

Continental Airlines  
Cardmember Service  
P.O. Box 94014  
Palatina, IL 60094-4014

Amtrust Bank  
1801 E 9th St  
Cleveland, OH 44114

Chase  
Cardmember Service  
P.O. Box 94014  
Palatina, IL 60094-4014

Countrywide Home Lending  
Attention: Bankruptcy SV-314B  
PO Box 5170  
Simi Valley, CA 93062

AT&T Universal Card  
P.O. Box 182564  
Columbus, OH 43218-2564

Chase  
Cardmember Service  
P.O. Box 94014  
Palatine, IL 60094-4014

E-Z Pass  
New York Service Center  
P.O. Box 15187  
Albany, NY 12212-5187

Aviana Consultants, LLC

Chase - Cc  
Attention: Bankruptcy Department  
PO Box 15298  
Wilmington, DE 19850

Ernetso Garcia, Landlord  
5505 Lamp Light Pass  
Brownsville, TX 78520

Aviana Investments

Citi  
Po Box 6241  
Sioux Falls, SD 57117

Fifth Third Bank  
C/O Bankruptcy Dept, MDROPSO5  
1850 East Paris  
Grand Rapids, MI 49546

Debtor(s): Avraham K Schwarcz
Ana M Schwarcz

Case No: 10-10675-B-11
Chapter: 11

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

First Horizon Home Loans
4000 Horizon Way
Attn: Bankruptcy
Irving, TX 75063

LTD Financial Services, L.P.
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

Surfside II Condominiums
P.O Box 2831
South Padre Island, TX 78597

Franke, Inc. Realtors
Kevin C. Franke
8605 Padre Boulevard
South Padre Island, TX 78597

NCO Financial Systems, Inc.
P.O. Box 12100
Dept. 64
Trenton, NJ 08650

Td Bank N.a.
32 Chestnut St
Lewiston, ME 04240

Furcron Property Management Co.
4800 Padre Blvd.
South Padre Island, TX 78597

P.T. Moore, Jr.
LAW OFFICES OF PAUL Y. CUNNINGHAM
P.O. Box 2729
South Padre Island, TX 78597

The Shores Association
c/o Burton, McCumber & Cortez, LLP
1950 Paredes Line Road
Brownsville, TX 78521

Gemb/mattress Firm
Po Box 981439
El Paso, TX 79998

Parklane Homeowners Association
c/o Furcron Property Mgmt Co.
4800 Padre Blvd.
South Padre Island, TX 78597

Tropical Texas Vacation Rentals, LLC

Hsbc/frnrw
Po Box 703
Wood Dale, IL 60191

Peoples Bk Credit Card Services
Attn: Bankruptcy
PO Box 7092 RCCB 0680
Bridgeport, CT 06601

Tropical Texas Vacation Rentals, LLC

Kessler
4716 Gettysburg Road
Mechanicsburg, PA 17055

Pitney Bowes
2225 American Drive
Neenah, WI 54956-1005

United Collection Bureau, Inc.
5620 Southwyck Blvd., Suite 206
Toledo, OH 43614

Lacks Valley Stores Lt
1300 San Patricia
Pharr, TX 78577

Reliant Energy
P.O. Box 650475
Dallas, TX 75265-0475

Unvl/citi
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Leading Edge Recovery Solutions
P.O. Box 129
Linden, MI 48451-0129

Sears/cbsd
701 East 60th St N
Sioux Falls, SD 57117

Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842-0625

Lender Business Process Services
P.O. Box 7162
Pasadena, CA 91109-7162

Seaside Services, LLC
P.O. Box 3203
South Padre Island, TX 78597

Vantage Sourcing
Post Office Box 6786
Dothan, AL 36302

Lender Business Process Services
P.O. Box 4121
Beaverton, OR 97076-4121

Select Medical - Kessler
AR Resources, Inc.
P.O. Box 1056
Blue Bell, PA 19422

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Debtor(s): **Avraham K Schwarcz**
**Ana M Schwarcz**

Case No: **10-10675-B-11**
Chapter: **11**

**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

Wash Mutual/providian
Attn: Bankruptcy Dept
PO Box 10467
Greenville, SC 29601


Wells Fargo Hm Mortgag
3476 Stateview Blvd
Fort Mill, SC 29715